

# Hazlehurst Law, Est. 2018

11350 McCormick Road    Executive Plaza II, Suite 705    Hunt Valley, Maryland 21031    Tel. 410.773.9610

September 19, 2023

*via CM/ECF*
The Honorable George L. Russell, III
United States District Judge
    for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

Re:   United States v. Franklin Smith
      GLR-22-0140

Dear Judge Russell:

   I write on behalf of the Government and Mr. Smith to jointly request that Mr. Smith's sentencing, which is currently scheduled for Friday, September 22, 2023 at 9:30 a.m., be removed from the docket for that day and that the parties be permitted to contact Your Honor in the future to reschedule the hearing.

   Please contact me should you have any questions in regard to this matter.

Sincerely,

_____

APPROVED this 19th day of September, 2023.

_____
The Honorable George L. Russell, III
United States District Judge