

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul E. Budlow*  *Suite 400*  DIRECT: 410-209-4917
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Budlow@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

April 26, 2024

The Honorable Brendan A. Hurson
United States District Judge
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    United States v. Dennis Allen Hairston & Donte Davon Stanley
            Case #:  BAH-22-140

Dear Judge Hurson:

    I write on behalf of the parties to jointly request a brief extension to file the joint voir dire, jury instructions, and a verdict form, pursuant to the Court's order, ECF 164. If agreeable to the Court, the government will file the documents by the close of business, Monday, April 29, 2024.

                      Respectfully submitted,

                      Erek L. Barron
                      United States Attorney

              By: _____
                      Paul E. Budlow
                      Spencer L. Todd
                      Assistant United States Attorneys

Cc:    Counsel for Defendants Hairston & Stanley