IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS ALLEN HAIRSTON and<br>DONTE DAVON STANLEY | CRIMINAL NO.  BAH-22-140 |

**SUPPLEMENTAL PROPOSED JOINT VOIR DIRE**

     Dennis Hairston, by and through Andrew R. Szekely and Sasha Garcon, Assistant Federal Public Defenders; Donte Stanley, by and through Jennifer Smith and Gary Proctor; and the United States, by and through Paul E. Budlow and Spencer L. Todd, Assistant United States Attorneys, respectfully request the Court add the following question to the Court's voir dire: The charges involve the abduction of adults, burning, and an assault of a sexual nature.  Is there anything about the nature of these charges that will interfere with your ability to consider the evidence with an open mind and to serve as a fair and impartial juror in the trial of this case?

                                                         Respectfully submitted,
                                                         James Wyda
                                                         Federal Public Defender
                                                           for the District of Maryland

                                                         ____/s/_____
                                                         Sasha Garcon (#817494)
                                                         Andrew Szekely (#16407)
                                                         Assistant Federal Public Defenders
                                                         100 S. Charles Street, Tower II
                                                         Suite 900
                                                         Baltimore, MD 21201
                                                        Phone: 410-962-3962
                                                         Email: sasha_garcon@fd.org
                                                         andrew_szekely@fd.org