**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
EMAIL: Andrew_Szekely@fd.org

JAMES WYDA                                                                                             ANDREW SZEKELY
FEDERAL PUBLIC DEFENDER                                            SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER

May 9, 2024

The Honorable Brendan A. Hurson
United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Via CM/ECF

    Re:    Jail calls for
              *United States v. Dennis Hairston*, BAH-22-0140

Dear Judge Hurson:

We write regarding the status of 30 of Mr. Hairston's recorded jail calls the government intends to introduce. The government has identified the particular sections of the calls they seek to admit and they are in the process of completing transcripts of the calls.

The parties have met and conferred regarding the admissibility of the calls. Defense counsel is providing suggested edits and redactions for the calls. If the parties have any remaining disputes, we will promptly bring them to the Court's attentions.

The government has stated it does intend to refer to the jail calls during its opening statement.

We thank the Court for its attention this matter.

                                      Sincerely,

                                      /s/

                                      Andrew Szekely
                                      Sasha Garcon
                                      Assistant Federal Public Defenders