IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. BAH-22-140 |
| DENNIS ALLEN HAIRSTON and DONTE STANLEY, | |
| Defendants. | |

## GOVERNMENT'S EXHIBIT LIST

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| | Abduction #1 | | | |
| **1** | **Charless Priddee** | | | |
| 1.1 | Charles Priddee 911 call (audio) | | 5/14/24 | 5/14/24 |
| 1.2 | Transcript of Priddee 911 call – ID ONLY | | 5/14/24 | |
| 1.3 | Door Camera (Priddee residence) | | 5/14/24 | 5/14/24 |
| 1.4 | Door Camera Stills | | 5/14/24 | 5/14/24 |
| **2** | **AT** | | | |
| 2.1 | Photos of Check Cash Depot | | 5/15/24 | 5/15/24 |
| 2.2 | Map of Check Cash Depot | | 5/15/24 | 5/15/24 |
| 2.3 | Photo of Blowtorch | | 5/15/24 | 5/15/24 |
| 2.4 | Photos of shirt and shoe | | 5/15/24 | 5/15/24 |
| **3** | **Baltimore County/City Police Departments (May 5, 2021)** | | | |
| 3.1.1 | Body Worn Camera Anderson 610 Braeside | | 5/15/24 | 5/15/24 |
| 3.1.2 | Stills from 3.1.1 (Anderson BWC) | | 5/15/24 | 5/15/24 |
| 3.2 | Body Worn Camera Anderson Car & Tarp | | 5/15/24 | 5/15/24 |
| 3.3 | Handcuffs [1B4] | | 5/15/24 | 5/15/24 |
| 3.4 | Black face mask [1B4] | | 5/15/24 | 5/15/24 |
| 3.5 | Photos of handcuffs and black face mask | | 5/15/24 | 5/15/24 |
| 3.6 | Zip ties from Jeep ["L07A"] | | 5/15/24 | 5/15/24 |
| 3.7 | Photos of Zip Ties (1B6) | | 5/15/24 | 5/15/24 |
| 3.8 | Bungee cords from Jeep (1B7) | | 5/15/24 | 5/15/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 3.9 | Photos of Jeep at MCL | | 5/15/24 | 5/15/24 |
| 3.10 | AT's Shirt (1B9) | | 5/15/24 | 5/15/24 |
| 3.11 | AT's bra & duct tape (1B11) | | 5/15/24 | 5/15/24 |
| 3.12 | Photos of tape, bra, shirt | | 5/15/24 | 5/15/24 |
| 3.13 | Photos of AT | | 5/15/24 | 5/15/24 |
| 3.14 | Map of Check Cash Depot and 610 Braeside | | 5/15/24 | 5/15/24 |
| 3.15 | Map of 610 Braeside & alley in 700 block | | 5/15/24 | 5/15/24 |
| 3.16.1 | 708 Braeside Door Camera - Rear Alley | | 5/15/24 | 5/15/24 |
| 3.16.2 | Screenshot from 708 Braeside Rear Alley Ring Camera | | 5/15/24 | 5/15/24 |
| **4_Guerrero Video Exhibits Abduction #2 (May 15 -16, 2021)** | | | | |
| 4.1 | JH Phone Travel Map Harford to Baltimore | | 5/15/24 | 5/15/24 |
| 4.2 | JH Phone Travel Map Monument Street | | 5/15/24 | 5/15/24 |
| 4.3 | Videos of Fusion, etc. from route for #2 | | | |
| 4.4.1 | Tenax video, Camera 7 [4800 E Monument St, Baltimore, MD 21205, 3029, 1230:51 – 1230:54, white and then dark.] | | 5/15/24 | 5/15/24 |
| 4.4.2 | Still from 4.1.1 | | 5/15/24 | 5/15/24 |
| 4.5.1 | Tenax video, Camera 8 | | 5/15/24 | 5/15/24 |
| 4.5.2 | Still from 4.5.1 | | 5/15/24 | 5/15/24 |
| 4.6.1 | Coca Cola Video 1 | | 5/15/24 | 5/15/24 |
| 4.6.2 | Stills from Coca Cola Video 1 | | 5/15/24 | 5/15/24 |
| 4.7.1 | Coca Cola Video 2 | | 5/15/24 | 5/15/24 |
| 4.7.2 | Stills from Coca Cola Video 2 | | 5/15/24 | 5/15/24 |
| 4.8.1 | Goetz East video | | 5/15/24 | 5/15/24 |
| 4.8.2 | Still from Goetz East video | | 5/15/24 | 5/15/24 |
| 4.9.1 | Goetz West video | | 5/15/24 | 5/15/24 |
| 4.9.2 | Stills from Goetz West video | | 5/15/24 | 5/15/24 |
| 4.10.1 | Bradford video | | 5/15/24 | 5/15/24 |
| 4.10.2 | Stills from Bradford video | | 5/15/24 | 5/15/24 |
| 4.11.1 | Wabash Video Ch 5 2231 [4:17] | | 5/15/24 | 5/15/24 |
| 4.11.2 | Still from Wabash Video Ch 5 2231 | | 5/15/24 | 5/15/24 |
| 4.12.1 | Wabash Video Ch 5 643 [first 10s] | | 5/15/24 | 5/15/24 |
| 4.12.2 | Still from Wabash Video Ch 5 643 | | 5/15/24 | 5/15/24 |
| 4.13.1 | Wabash Video Ch 6 2230 [all 44 sec] | | 5/15/24 | 5/15/24 |
| 4.13.2 | Still from Wabash Video Ch 6 2230 | | 5/15/24 | 5/15/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 4.14.1 | Wabash Video Ch 6 2256 [all 20s] | | 5/15/24 | 5/15/24 |
| 4.14.2 | Still from Wabash Video Ch 6 2256 | | 5/15/24 | 5/15/24 |
| 4.15 | Maps of Wabash & Wabash to CCD | | 5/15/24 | 5/15/24 |
| | | | | |
| | ABDUCTION #2 | | | |
| | | | | |
| **5_Harford County Police Department (May 15, 2021)** | | | | |
| | | | | |
| 5.1 | JH Shirt | | | |
| 5.2 | Photos of JH | | 5/15/24 | 5/15/24 |
| 5.3 | Photos from St. Christopher Court | | 5/15/24 | 5/15/24 |
| 5.4 | JH Slide | | 5/16/24 | 5/16/24 |
| 5.5 | Photos of Camry | | 5/15/24 | 5/15/24 |
| 5.6 | Mask from Camry (1B1) [Smith DNA] | | 5/16/24 | 5/16/24 |
| 5.7 | Photos of shirt, slide, mask | | | |
| 5.8 | Map of Christopher & Court Square | | 5/15/24 | 5/15/24 |
| | | | | |
| **6_JH** | | | | |
| | | | | |
| 6.1 | JH Phone: Horsey Contact | | 5/15/24 | 5/15/24 |
| 6.2 | GPS tracker from JH's car | | 5/15/24 | 5/15/24 |
| 6.3 | Photos of 6.2 GPS tracker from JH's car | | 5/15/24 | 5/15/24 |
| | | | | |
| | Abduction #3 | | | |
| | | | | |
| **7_Jeffrey Anderson / April Keel** | | | | |
| | | | | |
| 7.1 | Screen shot of text | | 5/16/24 | 5/16/24 |
| 7.2 | Photo/map of Ace Cash Express | | 5/16/24 | 5/16/24 |
| | | | | |
| **8_Baltimore County Police Department (August 5, 2021)** | | | | |
| | | | | |
| 8.1 | Black Face Mask | | 5/16/24 | 5/16/24 |
| 8.2 | Map of Seminole & Kevin | | 5/16/24 | 5/16/24 |
| 8.3 | Photos of Evidence on Seminole | | 5/16/24 | 5/16/24 |
| 8.4 | Zip tie from street 1236 Seminole (Item 167 & 168) | | 5/16/24 | 5/16/24 |
| 8.5 | Zip tie from street 1236 Seminole (Item 169) | | 5/16/24 | 5/16/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 8.6 | Zip tie from street 1236 Seminole | | 5/16/24 | 5/16/24 |
| 8.7 | Duct tape from 1236 Seminole | | 5/16/24 | 5/16/24 |
| 8.8 | Photos of mask, zip ties, tape, mask | | 5/16/24 | 5/16/24 |
| 8.9 | Photos of Seminole and Kevin | | 5/16/24 | 5/16/24 |
| 8.10.1 | Carroll Fuel surveillance video | | 5/16/24 | 5/16/24 |
| 8.10.2 | Stills from 8.10.1 | | 5/16/24 | 5/16/24 |
| | **US Fuel** | | | |
| **9_U.S. Fuel** | | | | |
| 9.1 | Photos of U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.2.1 | Surveillance Video U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.2.2 | Surveillance Video U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.2.3 | Surveillance Video U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.2.4 | Surveillance Video U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.2.5 | Surveillance Video U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.2.6 | Surveillance Video U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.2.7 | Surveillance Video U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.2.8 | Surveillance Video U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.3 | Stills from 9.2.1 through 9.2.9 | | 5/20/24 | 5/20/24 |
| 9.4.1 | BWC of Officer Lucas Redman | | 5/20/24 | 5/20/24 |
| 9.4.2 | Stills from Sterling BWC | | 5/20/24 | 5/20/24 |
| 9.5 | Maps of U.S. Fuel | | 5/20/24 | 5/20/24 |
| 9.6.1 | BWC of Officer Vincent Moore | | 5/20/24 | 5/20/24 |
| 9.6.2 | Stills from BWC of Officer Vincent Moore | | 5/20/24 | 5/20/24 |
| 9.7 | Phone (TT4) | | 5/20/24 | 5/20/24 |
| 9.8 | Phone (TT10) | | 5/20/24 | 5/20/24 |
| 9.9 | EMPTY | | | |
| 9.10.1 | Gloves 1B251 from Dorsey | | 5/20/24 | 5/20/24 |
| 9.10.2 | Mask from Dorsey 1B249 | | 5/20/24 | 5/20/24 |
| 9.11.1 | BWC of Officer Ciepiela | | 5/21/24 | 5/21/24 |
| 9.11.2 | Stills from 9.11.1 (Ciepiela BWC) | | 5/21/24 | 5/21/24 |
| 9.12 | Phone (TT3) | | 5/21/24 | 5/21/24 |
| 9.13 | Photos of burglar tools, gloves, mask | | 5/21/24 | 5/21/24 |
| 9.14 | Photos of TT3, TT4, TT10 | | 5/21/24 | 5/21/24 |
| 9.17 | 911 call from TT12 (carjacking) | | 5/20/24 | 5/20/24 |
| 9.18 | Transcript of 9.17 (carjacking 911 call) [TT12] | | | |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 9.19 | Operators' Call | | | |
| 9.20 | Transcript of 9.19 (operators' call) | | | |
| 9.21 | Map showing US Fuel and Carjacking call | | 5\20\24 | 5\20\24 |
| 9.22 | Hairston Booking Photos | | 5\20\24 | 5\20\24 |
| 9.23 | Dorsey Booking Photos | | 5\20\24 | 5\20\24 |
| 9.24 | Cellbrite Extraction (CD) | | 5\20\24 | |

### 10_Tang Exhibits

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 10.1 | Goodnow Road photo 06152022 | | 5\21\24 | 5\21\24 |
| 10.2 | Goodnow Road photos 06172022 | | 5\21\24 | 5\21\24 |
| 10.3 | Hairston/Holeman Marriage Certificate | | 5\21\24 | 5\21\24 |
| 10.4 | Phone Link charts | | 5\28\24 | 5\28\24 |

### 11_Walmart

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 11.1 | Records of purchase of TT7 & TT12 | | 5\21\24 | 5\21\24 |
| 11.2 | Video of purchase of TT7 & 12 | | 5\21\24 | 5\21\24 |
| 11.3 | Stills from Walmart video | | 5\21\24 | 5\21\24 |

### Searches

### 12_Fusion Search

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 12.1 | Water Bottle (with Hairston's DNA) (1B21) | | 5\20\24 | 5\20\24 |
| 12.2 | Zip tie bag (empty) | | 5\20\24 | 5\20\24 |
| 12.3 | Photos of Fusion from search | | 5\20\24 | 5\20\24 |
| 12.4 | Photo of Zip Tie Bag from Fusion | | 5\20\24 | 5\20\24 |

### 13_Cherrydell Search

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 13.1 | Blue Motorola phone, 1B141, TT9 x6635 (old) | | 5\21\24 | 5\21\24 |
| 13.2 | iPhone 8, 1B144, TT9 x6635 (new) | | 5\21\24 | 5\21\24 |
| 13.3 | 1 9mm Sellier & Bellot cartridge and 1 9mm Sellier & Bellot casing, 1B127 | | 5\21\24 | 5\21\24 |
| 13.4 | Blow Torch, Blue, 1B131 | | 5\21\24 | 5\21\24 |
| 13.5 | Blink Kitchen Torch, 1B132 | | 5\21\24 | 5\21\24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 13.6 | Photos from search of Cherrydell | | 5/21/24 | 5/21/24 |
| 13.7 | Photos of Cherrydell evidence | | 5/21/24 | 5/21/24 |
| **14_Graythorn Search** | | | | |
| 14.1 | iPhone 1B147 | | 5/15/24 | 5/15/24 |
| 14.2 | Photo of iPhone from Graythorn | | 5/15/24 | 5/15/24 |
| **15_Townbrook Search** | | | | |
| 15.1 | iPhone in Otterbox case, 1B146 (TT11) | | 5/21/24 | 5/21/24 |
| 15.2 | Letter from "Porter" to DD, in DH handwriting, seems to be about drugs. 1B159 | | 5/21/24 | 5/21/24 |
| 15.3 | Gun cleaning kit, 1B157 | | 5/21/24 | 5/21/24 |
| 15.4 | Letter Hairston to Dorsey, 1B166 | | 5/21/24 | 5/21/24 |
| 15.5 | Tracfone flip phone, 1B150 | | 5/21/24 | 5/21/24 |
| 15.6 | Two-way radio 1B169 | | 5/21/24 | 5/21/24 |
| 15.7 | Box of Laman 357 ammo, 9 rounds, 1B162 | | 5/21/24 | 5/21/24 |
| Contents of Black Bag, 1B165 (15.8) | | | | |
| 15.8.1 | Badge (#1) (Item 213-3) | | 5/21/24 | 5/21/24 |
| 15.8.2 | Badge (#2) (Item 213-3-1) | | 5/21/24 | 5/21/24 |
| 15.8.3 | Badge (#3) (Item 213-3-2) | | 5/21/24 | 5/21/24 |
| 15.8.4 | Badge (#4) (Item 213-3-3) | | 5/21/24 | 5/21/24 |
| 15.8.5 | Zip ties in a bag | | 5/21/24 | 5/21/24 |
| 15.8.6 | Radio charger | | 5/21/24 | 5/21/24 |
| 15.8.7 | 1 Ansko radio | | 5/21/24 | 5/21/24 |
| 15.8.8 | Bag with 3 corded headsets | | 5/21/24 | 5/21/24 |
| 15.8.9 | Handcuffs | | 5/21/24 | 5/21/24 |
| 15.8.10 | Handcuff keys | | 5/21/24 | 5/21/24 |
| 15.8.11 | Black roll of tape | | 5/21/24 | 5/21/24 |
| 15.8.12 | Gun holster (213-2) | | 5/21/24 | 5/21/24 |
| 15.8.13 | Gun holster (213-2-1) | | 5/21/24 | 5/21/24 |
| 15.8.14 | Trash bag (Item 213) | | 5/21/24 | 5/21/24 |
| 15.8.15 | Trash bag (Item 213-11) | | 5/21/24 | 5/21/24 |
| 15.8.16 | Tape (from lightbar) | | 5/21/24 | 5/21/24 |
| 15.8.17 | Lightbar | | 5/21/24 | 5/21/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 15.8.18 | Vest 1 (Item 213-1) | | 5/21/24 | 5/21/24 |
| 15.8.19 | Vest 2 (Item 213-1-1) | | 5/21/24 | 5/21/24 |
| 15.9 ~~15.8.20~~ | Photos from search of Townbrook | | 5/21/24 | 5/21/24 |
| 15.10 ~~15.8.21~~ | Photos of Townbrook evidence | | 5/28/24 | 5/28/24 |
| **16_Lionhead Search** | | | | |
| 16.1 | Sprint Bill 1B119 | | 5/22/24 | 5/22/24 |
| 16.2 | Jail Letter 1B121 | | 5/22/24 | 5/22/24 |
| 16.3 | Drone 1B101 | | 5/22/24 | 5/22/24 |
| 16.4 | GPS Tracker 1B122 | | 5/22/24 | 5/22/24 |
| 16.5 | Blue Blow Torch 1B100 | | 5/22/24 | 5/22/24 |
| 16.6 | Cell Phone (TT13, older) 1B102 | | 5/22/24 | 5/22/24 |
| 16.7 | GPS Tracker Box 1B111 | | 5/22/24 | 5/22/24 |
| 16.8 | 12 9mm cartridges, 1B113 | | 5/22/24 | 5/22/24 |
| 16.9 | Tactical Vest 1B103 | | 5/22/24 | 5/22/24 |
| 16.10 | Photos of Search of Lionhead | | 5/16/24 | 5/16/24 |
| 16.11 | Photos of Lionhead Evidence | | 5/22/24 | 5/22/24 |
| **17_Dundalk Avenue Search** | | | | |
| 17.1 | Mail to Donte Stanley (Antennae Research) | | 5/22/24 | 5/22/24 |
| 17.2 | Mail to Donte Stanley (MDOT) | | 5/22/24 | 5/22/24 |
| 17.3 | Mail to Donte Stanley (Middleton & Mead) | | 5/22/24 | 5/22/24 |
| 17.4 | Receipt | | 5/22/24 | 5/22/24 |
| 17.5 | Shell casing | | 5/22/24 | 5/22/24 |
| 17.6.1 | Gun & magazine with rounds (1B196 & 1B197) | | 5/22/24 | 5/22/24 |
| 17.6.2 | Magazine and ammo | | 5/22/24 | 5/22/24 |
| 17.7 | Photos of Search, including mail, ammo, gun, receipt | | 5/22/24 | 5/22/24 |
| 17.8 | Photos of Dundalk evidence | | 5/22/24 | 5/22/24 |
| **18_Antenna Research Associates** | | | | |
| 18 | Stanley Personnel Records | | 5/23/24 | 5/23/24 |
| **19_FBI Lab** | | | | |
| 19.1 | DNA exhibits | | 5/23/24 | 5/23/24 |
| 19.2 | Latent Print Exhibits | | 5/23/24 | 5/23/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| | | | | |
| **20_Jail Calls - Hairston** | | | | |
| 20.1 | Recorded Call, Hairston to Stanley, 8/26/21 | | 5/28/24 | 5/28/24 |
| 20.2 | Transcript of 20.1 call, 8/26/21 | | 5/28/24 | |
| 20.3 | Recorded Call, Hairston to Stanley, 8/27/21 | | 5/28/24 | 5/28/24 |
| 20.4 | Transcript of 20.3 call, 8/27/21 | | 5/28/24 | |
| 20.5 | Recorded Call, Hairston to Stanley, 8/28/21 | | | |
| 20.6 | Transcript of 20.5, 8/28/21 | | | |
| 20.7 | 2021-09-12, 10:07 AM, 30 min 0 sec | | | |
| 20.8 | Transcript of 20.7 | | | |
| 20.9 | 2021-09-20, 6:04 PM, 15 min 57 sec | | | |
| 20.10 | Transcript of 20.9 | | | |
| 20.11 | 2021-09-21, 1:12 PM, 15 min 50 sec | | 5/28/24 | 5/28/24 |
| 20.12 | Transcript of 20.11 | | 5/28/24 | |
| 20.13 | 2021-10-14, 4:36 PM, 15 min 39 sec | | | |
| 20.14 | Transcript of 20.13 | | | |
| 20.15 | 2021-10-16, 11:45 AM, 30 min 12 sec | | | |
| 20.16 | Transcript of 20.15 | | | |
| 20.17 | 2021-10-23, 11:16 AM, 31 min 00 sec | | 5/28/24 | 5/28/24 |
| 20.18 | Transcript of 20.17 | | 5/28/24 | |
| 20.19 | 2021-10-30, 5:41 PM, 16 min 12 sec | | 5/28/24 | 5/28/24 |
| 20.20 | Transcript of 20.19 | | 5/28/24 | |
| 20.21 | 2021-11-05, 1:48 PM, 15 min 42 sec | | 5/28/24 | 5/28/24 |
| 20.22 | Transcript of 20.21 | | 5/28/24 | |
| 20.23 | 2021-11-12, 2:02 PM, 15 min 56 sec | | 5/28/24 | 5/28/24 |
| 20.24 | Transcript of 20.23 | | 5/28/24 | |
| 20.25 | 2021-11-12, 3:56 PM, 14 min 27 sec | | 5/28/24 | 5/28/24 |
| 20.26 | Transcript of 20.25 | | 5/28/24 | |
| 20.27 | 2021-11-12, 4:09 PM, 07 min 02 sec | | 5/28/24 | 5/28/24 |
| 20.28 | Transcript of 20.27 | | 5/28/24 | |
| 20.29 | 2021-11-12, 4:17 PM, 16 min 00 sec | | 5/28/24 | 5/28/24 |
| 20.30 | Transcript of 20.29 | | 5/28/24 | |
| 20.31 | 2021-11-13, 4:12 PM, 16 min 15 sec | | 5/28/24 | 5/28/24 |
| 20.32 | Transcript of 20.31 | | 5/28/24 | |
| 20.33 | 2021-11-13, 4:28 PM, 16 min 06 sec | | 5/28/24 | 5/28/24 |
| 20.34 | Transcript of 20.33 | | 5/28/24 | |
| 20.35 | 2022-01-06, 11:48 PM, 14 min 57 sec | | 5/29/24 | 5/29/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 20.36 | Transcript of 20.35 | | 5/29/24 | |
| 20.37 | 2022-01-06, 5:15 PM, 16 min 26 sec | | | |
| 20.38 | Transcript of 20.37 | | | |
| 20.39 | 2022-01-06, 5:32 PM, 14 min 43 sec | | 5/29/24 | 5/29/24 |
| 20.40 | Transcript of 20.39 | | 5/29/24 | |
| 20.41 | 2022-01-06, 6:26 PM, 15 min 00 sec | | 5/28/24 | 5/28/24 |
| 20.42 | Transcript of 20.41 | | 5/28/24 | |
| 20.43 | 2022-01-06, 6:46 PM, 13 min 20 sec | | 5/29/24 | 5/29/24 |
| 20.44 | Transcript of 20.43 | | 5/29/24 | |
| 20.45 | 2022-01-06, 8:29 PM, 01 min 06 sec | | 5/29/24 | 5/29/24 |
| 20.46 | Transcript of 20.45 | | 5/29/24 | |
| 20.47 | 2022-01-19, 1:19 PM, 09 min 45 sec | | 5/29/24 | 5/29/24 |
| 20.48 | Transcript of 20.47 | | | |
| 20.49 | 2022-01-19, 11:03 AM, 10 min 05 sec | | 5/29/24 | 5/29/24 |
| 20.50 | Transcript of 20.49 | | 5/29/24 | |
| 20.51 | 2022-01-19, 7:28 PM, 15 min 00 sec | | | |
| 20.52 | Transcript of 20.51 | | | |
| 20.53 | 2022-01-20, 11:49 AM, 15 min 51 sec | | 5/29/24 | 5/29/24 |
| 20.54 | Transcript of 20.53 | | 5/29/24 | |
| 20.55 | 2022-01-20, 4:53 PM, 15 min 32 sec | | | |
| 20.56 | Transcript of 20.55 | | | |
| 20.57 | 2022-05-02, 5:13 PM, 22 min 05 sec | | | |
| 20.58 | Transcript of 20.57 | | | |
| **21_Jail Calls – Stanley** | | | | |
| 21.1 | 2022-04-08, 11:45 PM, 16 min 25 sec | | 5/29/24 | 5/29/24 |
| 21.2 | Transcript of 21.1 | | 5/29/24 | |
| 21.3 | 2022-04-10, 12:23 PM | | 5/29/24 | 5/29/24 |
| 21.4 | Transcript of 21.3 | | 5/29/24 | |
| 21.5 | 2022-04-10, 12:57 AM, 16 min 13 sec | | | |
| 21.6 | Transcript of 21.5 | | | |
| 21.7 | 2022-04-12, 06:08 PM, 8 min 00 sec | | 5/29/24 | 5/29/24 |
| 21.8 | Transcript of 21.7 | | 5/29/24 | |
| 21.9 | 2022-04-15, 02:30 PM, 7 min 00 sec | | | |
| 21.10 | Transcript of 21.9 | | | |
| 21.11 | 2022-04-15, 04:29 PM, 15 min 00 sec | | 5/29/24 | 5/29/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 21.12 | Transcript of 21.11 | | 5/29/24 | |
| 21.13 | 2022-05-02, 8:07 PM, 02 min 45 sec | | | |
| 21.14 | Transcript of 21.13 | | | |
| 21.15 | 2022-06-06, 11:20 AM, 31 min 04 sec | | | |
| 21.16 | Transcript of 21.15 | | | |
| 21.17 | 2022-09-02, 7:35 PM, 23 min 57 sec | | 5/29/24 | 5/29/24 |
| 21.18 | Transcript of 21.17 | | 5/29/24 | |
| 21.19 | 2024-01-26, 1:31 PM, 31 min 12 sec | | 5/29/24 | 5/29/24 |
| 21.20 | Transcript of 21.19 | | 5/29/24 | |
| **Digital Exhibits (px hone extraction, iCloud, etc.)** | | | | |
| **22_TT3 1B96** | | | | |
| 22.1 | Device Info & Contacts (TT3 1B96) | | 5/21/24 | 5/21/24 |
| 22.2 | Location Info (TT3 1B96) | | 5/21/24 | 5/21/24 |
| 22.3 | Call Log (TT3 1B96) | | 5/21/24 | 5/21/24 |
| 22.4 | Messages (SMS) (TT3 1B96) | | 5/21/24 | 5/21/24 |
| **23_TT4 1B97 443-338-7046 (TT4)** | | | | |
| 23.1 | Device Info & Contacts (TT4 1B97) | | 5/21/24 | 5/21/24 |
| 23.2 | Call log | | 5/21/24 | 5/21/24 |
| 23.3 | Messages (SMS) (TT4 1B97) | | 5/21/24 | 5/21/24 |
| 23.4 | Images Report | | 5/21/24 | 5/21/24 |
| 23.5 | File 3 thumb.jpg & path | | 5/21/24 | 5/21/24 |
| **24_TT10 1B98** | | | | |
| 24.1 | Device info & Contacts | | 5/21/24 | 5/21/24 |
| 24.2 | Call Log | | 5/21/24 | 5/21/24 |
| 24.3 | Images (SMS) | | 5/21/24 | 5/21/24 |
| 24.4.1 | Images (MMS) | | 5/21/24 | 5/21/24 |
| 24.4.2 | EMPTY | | | |
| 24.4.3 | EMPTY | | | |
| 24.4.4 | EMPTY | | | |
| 24.4.5 | EMPTY | | | |
| **25_TT9 Motorola (1B141) (Cherrydell)** | | | | |
| 25.1 | 1B141 Device Info | | 5/28/24 | 5/28/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 25.2 | 1B141 Contacts | | 5/28/24 | 5/28/24 |
| 25.3 | 1B141 Photos (Smith & Fusion) | | 5/28/24 | 5/28/24 |
| 25.4 | 1B141 Chat with 3430 | | 5/28/24 | 5/28/24 |
| 25.5 | 1B141 chat with Angel Gross | | 5/10/24 | 5/10/24 |
| 25.6 | 1B141 chat with DRock | | 5/22/24 | 5/22/24 |
| 25.7 | 1B141 Chat with TT9, TT14, TT14 | | 5/28/24 | 5/28/24 |
| **26_TT9 iPhone 1B144 (Cherrydell)** | | | | |
| 26.1 | 1B144 Device Report | | 5/28/24 | 5/28/24 |
| 26.2 | 1B144 Contacts (4) | | 5/28/24 | 5/28/24 |
| 26.3 | Cash App | | 5/28/24 | 5/28/24 |
| 26.4 | Image if chat with TT13 | | 5/28/24 | 5/28/24 |
| 26.5 | Chat Report with TT13 | | 5/28/24 | 5/28/24 |
| 26.6 | Image of Chat with TT13 | | 5/28/24 | 5/28/24 |
| **27_TT13 1B102 (Lionhead)** | | | | |
| 27 | 1B102 Device Info (TT13) | | 5/28/24 | 5/28/24 |
| **28_SB phone 1B147 (Graythorn)** | | | | |
| 28.1 | 1B147 Device info | | 5/28/24 | 5/28/24 |
| 28.2 | 1B147 Chat with x3430 | | 5/23/24 | 5/23/24 |
| 28.3 | 1B147 Chat x3459 (DH) | | 5/23/24 | 5/23/24 |
| 28.4 | 1B147 chat with Smith (TT9) | | 5/23/24 | 5/23/24 |
| **29_Reckless iCloud** | | | | |
| 29.1 | Reckless Rock iCloud Account Info | | 5/28/24 | 5/28/24 |
| 29.2 | Photo of Dorsey & Dorsey MVA | | 5/28/24 | 5/28/24 |
| 29.3 | Chat with Holeman | | 5/28/24 | 5/28/24 |
| 29.4 | Chat with TT13 | | 5/28/24 | 5/28/24 |
| 29.5 | Chat with Shaw | | 5/28/24 | 5/28/24 |
| 29.6 | Chat with female | | 5/28/24 | 5/28/24 |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| **30_Benoit Phone Review** | | | | |
| 30 | Review of Benoit phone | | 5/20/24 | 5/20/24 |
| **31_Tracfone & Associated Provider** | | | | |
| 31.1 | TT2 (x2742), Subscriber & purchase | | 5/10/24 | 5/10/24 |
| 31.2 | TT2 (x2742), Tolls & location | | | |
| 31.3 | TT3 (x3278), Subscriber & purchase | | 5/21/24 | 5/21/24 |
| 31.4 | TT3 (x3278), Tolls & location | | | |
| 31.5 | TT4 (x7046), Subscriber & purchase | | 5/21/24 | 5/21/24 |
| 31.6 | TT4 (x27046), Tolls & location | | | |
| 31.7 | TT7 (x9455), Subscriber & purchase | | 5/21/24 | 5/21/24 |
| 31.8 | TT7 (x9455), Tolls & location | | | |
| 31.9 | TT10 (x1408), Subscriber & purchase | | 5/21/24 | 5/21/24 |
| 31.10 | TT10 (x1408), Tolls & location | | | |
| 31.11 | TT11 (x8397), subscriber & purchase | | | |
| 31.12 | TT11 (x8387), Tolls & location | | | |
| 31.13 | TT12 (x9363), Subscriber & purchase | | 5/21/24 | 5/21/24 |
| 31.14 | TT12 (x9363), Tolls & location | | | |
| 31.15 | TT14 (x8325), Subscriber & purchase | | 5/28/24 | 5/28/24 |
| 31.16 | TT14 (x8325), Tolls & location | | | |
| 31.17 | (x1542), subscriber & purchase | | 5/28/24 | 5/28/24 |
| 31.18 | (x1542) Tolls | | | |
| 31.19 | (x1999), Subscriber & purchase | | 5/28/24 | 5/28/24 |
| 31.20 | (x1999), tolls | | | |
| 31.21 | (x9369), Subscriber & purchase | | 5/28/24 | 5/28/24 |
| 31.22 | (x0105), subscriber & purchase info, tolls | | 5/28/24 | 5/28/24 |
| 31.23 | (x0105), tolls | | | |
| **32 Higgins** | | | | |
| 32.1 | Higgins Body Worn Camera, May 30, 2021 | | 5/20/24 | 5/20/24 |
| 32.2 | Call for Service, May 30, 2021 (ID ONLY) | | | |
| 32.3 | Incident Report, May 30, 2021 (ID ONLY) | | | |
| **33_T-Mobile** | | | | |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 33.1 | TT9, (x6635), Franklin Smith, Subscriber, purchase info, tolls | | 5/16/24 | 5/16/24 |
| 33.2 | TT13 (x4533) Donte Stanley subscriber, purchase info, tolls | | 5/16/24 | 5/16/24 |
| 33.3 | (x0194), Marquis Horsey subscriber, purchase info, tolls | | 5/16/24 | 5/16/24 |
| 33.4 | (x5772), Angela Benoit, subscriber | | | |
| **34_Sprint** | | | | |
| 34 | (x3202) (TT6), Subscriber, purchase info, tolls | | | |
| **35_AT&T** | | | | |
| 35 | TT5 (x1158) Shana Bazemore subscriber, purchase info, tolls | | | |
| **36_Photos of People & Locations** | | | | |
| 36.1 | Photo of Kirsten Alston | | 5/22/24 | 5/22/24 |
| 36.2 | Photo of Angela Benoit | | 5/28/24 | 5/28/24 |
| 36.3 | Photo of Davonne Dorsey | | 5/22/24 | 5/22/24 |
| 36.4 | Photo of Dennis Hairston | | | |
| 36.5 | Photo of April Keel | | 5/28/24 | 5/28/24 |
| 36.6 | Photo of Brandon Mason | | | |
| 36.7 | Photo of Christopher McGowens | | 5/28/24 | 5/28/24 |
| 36.8 | Photo of Charles Priddee | | 5/28/24 | 5/28/24 |
| 36.9 | Photo of Donte Stanley | | 5/28/24 | 5/28/24 |
| 36.10 | EMPTY | | | |
| 36.11 | Photo of Franklin Smith | | 5/23/24 | 5/23/24 |
| 36.12 | Photo of Dionne Green | | | |
| 36.13 | Photo of Shatia Holeman | | 5/22/24 | 5/22/24 |
| 36.14 | Photo of Jamal Garland | | | |
| 36.15 | Photo of Jane Brown | | | |
| 36.16 | Photo of Jeffrey Anderson | | | |
| 36.17 | Photo of Jermaine Head | | 5/28/24 | 5/28/24 |
| 36.18 | Photo of Marquis Horsey | | 5/28/24 | 5/28/24 |
| 36.19 | Photo of Montrell Horsey | | | |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 36.20 | Photo of Shane Bazemore | | 5/28/24 | 5/28/24 |
| 36.21 | Photo of Teletch Gross | | 5/28/24 | 5/28/24 |
| 36.22 | Photo of Timothy Wright | | 5/22/24 | 5/22/24 |
| **37_Cast Summaries** | | | | |
| 37.1 | CAST Report, May 5, 2021 Abduction | | 5/16/24 | 5/16/24 |
| 37.2 | CAST Report, May 15, 2021 Abduction | | 5/16/24 | 5/16/24 |
| 37.3 | CAST Report, August 5, 2021 Abduction | | 5/28/24 | 5/28/24 |
| 37.4 | CAST Report, Phone Attribution Analysis | | 5/28/24 | 5/28/24 |
| 37.5 | CAST Phone Number Summary | | 5/16/24 | 5/16/24 |
| **38_Photos of Locations** | | | | |
| 38.1 | Photo of 175 Cherrydell Road | | 5/28/24 | 5/28/24 |
| 38.2 | Photo of 173 Lionhead Court | | 5/22/24 | 5/22/24 |
| 38.3 | Photo of 2807 Diamond Ridge Road, Apt. 303 | | 5/22/24 | 5/22/24 |
| 38.4 | Photo of 6732 Townbrook Drive, Apt. C | | 5/28/24 | 5/28/24 |
| **39_Business Records** | | | | |
| 39.1 | Amazon Order History for Donte Stanley (incl 2/27/01 order of 2 GPS trackers) | | 5/28/24 | 5/28/24 |
| 39.2 | Hairston Contact Info Records | | 5/28/24 | 5/28/24 |
| 39.3 | Hairston Employment Record | | 5/28/24 | 5/28/24 |
| 39.4 | Release of Property Form | | 5/21/24 | 5/21/24 |
| 39.5 | Moore & Holeman MVA | | 5/21/24 | 5/21/24 |
| **40_GJ Transcripts** | | | | |
| 40.1 | Kirsten Alston | | | |
| 40.2 | Christopher McGowens | | | |
| 40.3 | Shane Bazemore | | | |
| 40.4 | Teletch Gross | | | |
| 40.5 | Angela Benoit | | | |
| 40.6 | Amos Tang | | | |
| 40.7 | Jane Brown | | | |
| 40.8 | Jaquin Shaw | | | |

| EX # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| | **41_TT11 1B146 (Townbrook)** | | | |
| 41.1 | 1B146 Device Info | | 5/28/24 | 5/28/24 |
| 41.2 | 1B146 Photos of Dorsey | | 5/28/24 | 5/28/24 |
| 41.3 | 1B146 Images of Hairston | | 5/28/24 | 5/28/24 |
| 41.4 | 1B146 Chat with Mason | | 5/28/24 | 5/28/24 |
| 41.5 | 1B146 Chat with Holeman | | 5/28/24 | 5/28/24 |
| 41.6 | 1B146 Chat with Smith | | 5/28/24 | 5/28/24 |
| 41.7 | 1B146 Chat with Stanley | | 5/28/24 | 5/28/24 |
| **Exhibits** | | | | |
| May 21, 2024 | | | | |
| 36.23 | Photo of Ricky Fair | | 5/22/24 | 5/22/24 |
| 44.1 | Franklin Smith Plea Agreement (ID Only) | | 5/22/24 | |
| | May 22, 2024 | | | |
| 16.2.1 | Photos of Jail Letter 1B121 | | | |
| 38.5 | Photo and Map of 624 Allendale | | 5/22/24 | 5/22/24 |
| 45 | Keel Axon_Interview_-_CIB_E_-_Motion | | | |
| 32.4 | Still of Higgins Body Worn Camera, May 30, 2021 | | 5/28/24 | 5/28/24 |
| 20 | Hairston Jail Call Key | | 5/28/24 | |
| 21 | Stanley Jail Call Key | | 5/29/24 | |
| 25.8 | Pages from Brother Report | | 5/28/24 | 5/28/24 |
| 31.21 | Tracfone No Purchase Info 4438139639 | | 5/28/24 | 5/28/24 |
| 38.6 | Photo of Barberry Drive | | 5/28/24 | 5/28/24 |
| 39.6 | Jeep Compass 3C4NJDBB8JT346293 | | 5/28/24 | 5/28/24 |
| 39.7 | Toyota Camry 4T1BF1FK2CU016411 | | 5/28/24 | 5/28/24 |
| 43.1 | Hairston and Stanley Stipulation - Buccal Swabs | | 5/28/24 | 5/28/24 |
| 43.2 | Hairston Stipulation Phone Number to Government Agency | | 5/28/24 | 5/28/24 |
| 46 | Serial Number Photos | | 5/28/24 | 5/28/24 |
| 47 | Photos of Head Stamps | | 5/28/24 | 5/28/24 |
| 48 | Misc Maps AT & DS | | 5/29/24 | 5/29/24 |
| 20.59 | Hairston jail call | | 5/29/24 | 5/29/24 |
| 20.60 | Transcript 20.59 | | 5/29/24 | |
| 49 | June 3 texts | | 5/30/24 | 5/30/24 |