IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

DENNIS ALLEN HAIRSTON and
DONTE DAVON STANLEY

CASE NO:   BAH-22-140

## VERDICT FORM

1. **Count One:**   Conspiracy to Commit Kidnapping

    A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count One: Conspiracy to Commit Kidnapping?

    Not Guilty_____          Guilty__X__

    B. How do you find the defendant DONTE DAVON STANLEY as to Count One: Conspiracy to Commit Kidnapping?

    Not Guilty_____          Guilty__X__

2. **Count Two:**   Conspiracy to Affect Commerce by Robbery

    A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Two: Conspiracy to Affect Commerce by Robbery?

    Not Guilty_____          Guilty__X__

    B. How do you find the defendant DONTE DAVON STANLEY as to Count Two: Conspiracy to Affect Commerce by Robbery?

    Not Guilty_____          Guilty__X__

1

3. **Count Three:** Kidnapping of A.T. on May 5, 2021, through May 6, 2021

    A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Three: Kidnapping?

        Not Guilty_____     Guilty__X__

    B. How do you find the defendant DONTE DAVON STANLEY as to Count Three: Kidnapping?

        Not Guilty_____     Guilty__X__

4. **Count Four:** Carjacking of A.T. on May 5, 2021, through May 6, 2021

    A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Four: Carjacking?

        Not Guilty_____     Guilty__X__

    B. How do you find the defendant DONTE DAVON STANLEY as to Count Four: Carjacking?

        Not Guilty_____     Guilty__X__

5. **Count Five:** Affecting Commerce by Robbery on May 5, 2021, through May 6, 2021

    A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Five Affecting Commerce by Robbery?

        Not Guilty_____     Guilty__X__

B. How do you find the defendant DONTE DAVON STANLEY as to Count Five: Affecting Commerce by Robbery?

Not Guilty __X__          Guilty_____

**IF YOU ANSWERED "NOT GUILTY" TO BOTH COUNT FOUR AND COUNT FIVE, THEN PROCEED TO COUNT SEVEN. IF YOU ANSWERED "GUILTY" AS TO *EITHER* COUNT FOUR OR COUNT FIVE, THEN PROCEED TO COUNT SIX.**

6. <u>Count Six:</u>   **Using, Carrying, and Possessing a Firearm During And In Relation To A Crime Of Violence on May 5, 2021, through May 6, 2021**

A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Six: Using, Carrying, and Possessing a Firearm During And In Relation To A Crime Of Violence?

Not Guilty_____          Guilty __X__

**IF YOU ANSWERED "GUILTY" TO A, ANSWER PART B.**

B. Do you find that the defendant DENNIS ALLEN HAIRSTON brandished the firearm?

Yes __X__          No_____

C. How do you find the defendant DONTE DAVON STANLEY as to Count Six: Using, Carrying, and Possessing a Firearm During And In Relation To A Crime Of Violence?

Not Guilty __X__          Guilty_____

**IF YOU ANSWERED "GUILTY" TO C, ANSWER PART D.**

D. Do you find that the defendant DONTE DAVON STANLEY brandished the firearm?

Yes_____          No_____

3

7. **Count Seven:** Kidnapping of J.H. on May 15, 2021, through May 16, 2021

   A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Seven: Kidnapping?

   Not Guilty _____      Guilty __X__

   B. How do you find the defendant DONTE DAVON STANLEY as to Count Seven: Kidnapping?

   Not Guilty __X__      Guilty _____

8. **Count Eight:** Carjacking of J.H. on May 15, 2021, through May 16, 2021

   A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Eight: Carjacking?

   Not Guilty _____      Guilty __X__

   B. How do you find the defendant DONTE DAVON STANLEY as to Count Eight: Carjacking?

   Not Guilty __X__      Guilty _____

IF YOU ANSWERED "NOT GUILTY" TO COUNT EIGHT, THEN PROCEED TO COUNT TEN.  IF YOU ANSWERED "GUILTY" TO COUNT EIGHT, THEN PROCEED TO COUNT NINE.

9. **Count Nine:** Using, Carrying, and Possessing a Firearm During And In Relation To A Crime Of Violence on May 15, 2021, through May 16, 2021

   A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Nine: Using, Carrying, and Possessing a Firearm During And In Relation To A Crime Of Violence?

   Not Guilty __X__          Guilty_____

   **IF YOU ANSWERED "GUILTY" TO A, ANSWER PART B.**

   B. Do you find that the defendant, DENNIS ALLEN HAIRSTON, brandished the firearm?

   Yes_____          No_____

   C. How do you find the defendant DONTE DAVON STANLEY as to Count Nine: Using, Carrying, and Possessing a Firearm During And In Relation To A Crime Of Violence?

   Not Guilty_____          Guilty_____

   **IF YOU ANSWERED "GUILTY" TO C, ANSWER PART D.**

   D. Do you find that the defendant, DONTE DAVON STANLEY, brandished the firearm?

   Yes_____          No_____

5

10. **Count Ten:** Kidnapping of A.K. on August 2, 2021

   A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Ten: Kidnapping?

   Not Guilty __X__          Guilty _____

   B. How do you find the defendant DONTE DAVON STANLEY as to Count Ten: Kidnapping?

   Not Guilty __X__          Guilty _____

11. **Count Eleven:** Affecting Commerce by Robbery on August 2, 2021

   A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Eleven: Affecting Commerce by Robbery?

   Not Guilty __X__          Guilty _____

   B. How do you find the defendant DONTE DAVON STANLEY as to Count Eleven: Affecting Commerce by Robbery?

   Not Guilty __X__          Guilty _____

IF YOU ANSWERED "GUILTY" TO COUNT ELEVEN, THEN PROCEED TO COUNT TWELVE.

12. <u>Count Twelve:</u>     Using, Carrying, and Possessing A Firearm During And In Relation To A Crime Of Violence on August 2, 2021

   A. How do you find the defendant DENNIS ALLEN HAIRSTON as to Count Twelve: Using, Carrying, and Possessing a Firearm During And In Relation To A Crime Of Violence?

   Not Guilty_____          Guilty_____

   **IF YOU ANSWERED "GUILTY" TO A, ANSWER PART B.**

   B. Do you find that the defendant, DENNIS ALLEN HAIRSTON, brandished the firearm?

   Yes_____          No_____

   C. How do you find the defendant DONTE DAVON STANLEY as to Count Twelve: Using, Carrying, and Possessing a Firearm During And In Relation To A Crime Of Violence?

   Not Guilty_____          Guilty_____

   **IF YOU ANSWERED "GUILTY" TO C, ANSWER PART D.**

   D. Do you find that the defendant, DONTE DAVON STANLEY, brandished the firearm?

   Yes_____          No_____

The foregoing constitutes the unanimous verdict of the jury.

**SIGNATURE REDACTED**

DATE 6/5/2024 10:34 am

FOREPERSON