

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul E. Budlow*  
*Assistant United States Attorney*  
*Paul.Budlow@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4917*  
*MAIN: 410-209-4800*  
*FAX: 410-962-3091*

February 5, 2025

The Honorable Brendan A. Hurson  
United States District Judge  
United States District Court for the District of Maryland  
United States Courthouse  
101 West Lombard Street  
Baltimore, MD 21201

      Re:    United States v. Dennis Allen Hairston & Donte Davon Stanley  
             Case #:  BAH-22-140

Dear Judge Hurson:

      We write to provide a status update to the Court regarding the anticipated evidentiary hearing in the above-captioned case. Following the Court's letter order (ECF 285), and after complying with Department of Justice internal procedures, the government consulted with a neighboring U.S. Attorney's Office to serve as out-of-district counsel for the anticipated evidentiary hearing.

      The neighboring U.S. Attorney's Office has expressed a willingness to serve as out-of-district counsel subject to official approval by its Front Office management. Such approval remains pending. We hope to have additional information, including regarding out-of-district counsel's availability, at the hearing on Friday, February 7, 2025.

      Respectfully submitted,

      Erek L. Barron  
      United States Attorney

      By: _____/s/_____  
      Paul E. Budlow  
      Spencer L. Todd  
      Assistant United States Attorneys

Cc:    Counsel for Defendants Hairston & Stanley