IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | Case No.  BAH-22-140 |
| | : | |
| **DENNIS HAIRSTON, et al.** | : | |
| | : | |
| **Defendant** | : | |

**CONSENT MOTION TO EXTEND FILING DEADLINE**

Dennis Hairston, the Defendant, by and through Andrew R. Szekely and Sasha Garcon, Assistant Federal Public Defender, hereby moves with the consent of the government to extend all filing deadlines related to Mr. Hairston and co-defendant Donte Stanley's Joint Motion for New Trial by one week. In support thereof he states as follows:

1. Per the Court's Scheduling Order, the Joint Motion for New Trial is due on March 18, 2025. The government's response is due one week later, on March 25, and the joint reply is due a week after that, on April 1.

2. Due to filing deadlines in cases that have upcoming hearings, Mr. Hairston is requesting that all filing deadlines in this case be extended by one week.

3. On behalf of the government, Assistant United States Attorney Paul Budlow consents to this request. Jennifer Smith and Gary Proctor, counsel for Mr. Stanley, likewise consent.

Wherefore, Mr. Hairston respectfully requests that the Joint Motion for New Trial's filing deadline be extended to March 25, 2025, and all other deadlines be correspondingly extended by one week as well.

Respectfully submitted,

James Wyda  
Federal Public Defender  
 for the District of Maryland

\_\_\_/s/_____  
Andrew R. Szekely (#16407)  
Assistant Federal Public Defender  
100 South Charles Street  
Tower II, 9th Floor  
Baltimore, Maryland 21201  
Phone: (410) 962-3962  
Fax: (410) 962-3976  
Email: andrew_szekely@fd.org