IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DENNIS ALLEN HAIRSTON, et al. | CRIMINAL NO.  BAH-22-140 |

**CONSENT MOTION TO EXTEND FILING DEADLINE**

The United States of America, with the consent of counsel for Defendants, moves this Court to extend the deadline for the government to respond to Defendants' Joint Motion for a New Trial by one week, to April 8, 2025.  In support thereof states as follows:

1. On March 25, 2025, the Defendants' filed a Joint Motion for a New Trial.  The government's response is currently due on Tuesday, April 1, 2025.

2. The government previously consented to an extension of 1 week for the filing of the Defendants' motion.

3. Counsel for the government are currently working on a number of pressing matters with filing deadlines of last week and this week.

4. Counsel for the Defendants have each advised that they have no objection to the requested extension.

Accordingly, the government requests a brief extension of the deadline to file the response until April 8, 2025, and that the deadline for the Defendants' reply be correspondingly extended by one week, to April 15, 2025.

A proposed Order is attached for the Court's consideration.

2

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Paul E. Budlow
Assistant United States Attorney